AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

US MARSHALS SERVICE
AUG 28 2020 14:5[?]

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DARRYL IVERY JR. | ) | Case No. 2:20-mj-143  UNDER SEAL |
| | ) | **FILED** |
| Defendant | ) | SEP 02 2020 |

## ARREST WARRANT

At
RO[...] M
[...] Clerk
U.[...]
NORTHERN D[...]RICT OF INDIANA

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **DARRYL IVERY JR.**, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Charging DARRYL IVERY JR. with Making a False Statement in the Acquisition of a Firearm. Violations of 18 U.S.C. Section 922(a)(6).

Date: 08/26/2020

s/John E. Martin
*Issuing officer's signature*

City and state: Hammond, Indiana

MAGISTRATE JUDGE JOHN E. MARTIN
*Printed name and title*

### Return

This warrant was received on *(date)* 8/26/20, and the person was arrested on *(date)* 9/01/20 at *(city and state)* Porter Co IN.

Date: 9/02/20

*Arresting officer's signature*

USM Kenneth Hasman
*Printed name and title*