-FILED-

SEP 17 2020

ROBERT N. ___CH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CAUSE NO. 2:20 CR 138 |
| | ) | |
| v. | ) | 18 U.S.C. § 922(a)(6) |
| | ) | |
| | ) | |
| DARRYL WAYNE IVERY, JR. | ) | |

### INDICTMENT

**THE GRAND JURY CHARGES:**

On or about the following dates, in the Northern District of Indiana,

**DARRYL WAYNE IVERY, JR.**,

defendant herein, in connection with the acquisition of a firearm from the following firearms dealers, who are licensed under the provisions of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious statement to the dealer, which statement was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the sale of such firearm, in that the defendant represented on the Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record on the following dates, that he was the actual purchaser of a firearm whereas in truth and in fact, he well knew he was purchasing said firearm for another person, all in violation of Title 18, United States Code, Section 922(a)(6).

1

| Count | Date | Firearm Dealer |
|---|---|---|
| 1 | February 18, 2020 | Westforth Sports, Inc. |
| 2 | March 3, 2020 | Westforth Sports, Inc |
| 3 | March 13, 2020 | Westforth Sports, Inc. |
| 4 | March 31, 2020 | Westforth Sports, Inc. |
| 5 | April 19, 2020 | Cabela's |
| 6 | April 30, 2020 | Westforth Sports, Inc |
| 7 | May 13, 2020 | Westforth Sports, Inc. |
| 8 | June 6, 2020 | Westforth Sports, Inc. |
| 9 | June 10, 2020 | Westforth Sports, Inc |
| 10 | June 10, 2020 | Deb's Gun Range LLC |
| 11 | June 17, 2020 | Westforth Sports, Inc |
| 12 | June 19, 2020 | Cabela's |
| 13 | July 6, 2020 | Westforth Sports, Inc |
| 14 | July 7, 2020 | Westforth Sports, Inc |
| 15 | July 13, 2020 | Westforth Sports, Inc. |
| 16 | July 23, 2020 | Westforth Sports, Inc |
| 17 | August 10, 2020 | Westforth Sports, Inc. |

A TRUE BILL:


*/s/ Foreperson*
FOREPERSON

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY


By:   */s/ Nicholas J. Padilla*
      Nicholas J. Padilla
      Assistant United States Attorney

2